TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN




 

NO. 03-

02-00396-CV



 
 



 

In re Michael G. Deel



 




ORIGINAL PROCEEDING FROM TRAVIS COUNTY





 Relator Michael G. Deel seeks mandamus relief from an order holding him in
contempt of court and assessing fines therefor, and an order imposing sanctions for discovery abuse. 
After reviewing the petition and the accompanying record, we deny the petition for writ of
mandamus. Tex. R. App. P. 52.89a).



 

 Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Kidd and Yeakel

Filed: July 11, 2002

Do Not Publish